UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 23-mj-5262-JGD |
| | ) |
| KATRINA MACLEAN, | ) |
| | ) |
| Defendant | ) |

**AFFIDAVIT OF OUTSTANDING ARREST WARRANT**
**PURSUANT TO FED.R.CRIM.P. 5(c)(3)**

I, Christopher Barbadoro, Special Agent, Federal Bureau of Investigation, do hereby make oath before the Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Katrina Maclean on a ~~criminal~~ indictment CB complaint issued by the United States District Court for the Middle District of Pennsylvania on June 13, 2023, charging the defendant with conspiracy to engage in interstate transportation of stolen goods in violation of 18 U.S.C. § 371, and interstate transportation of stolen goods in violation of 18 §§ U.S.C. 2314 and 2. I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

Christopher Barbadoro
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 14th day of June 2013.

Hon. Judith G. Dein
United States Magistrate Judge